Gregory M. Fox, State Bar No. 070876
Joanne Tran, State Bar No. 294402
Thomas Ly, State Bar No. 333883
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Greg Fox cell phone 415 990 0989
Facsimile:  (415) 353-0990
Email:   gfox@bfesf.com
         jtran@bfesf.com
         tly@bfesf.com

Attorneys for Defendant
CITY OF ALAMEDA, RANDY FENN,
ERIC MCKINLEY, JAMES FISHER,
CAMERON LEAHY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH ARENALES, et al., | Case No. 4:22-cv-00718-DMR |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CITY OF ALAMEDA, et al., | |
| Defendants. | |
| | **Hon. Donna M. Ryu** |

The parties, acting by and through their attorneys of record, herein stipulate for an Order continuing the Case Management Conference (CMC) scheduled for August 31, 2022, to November 16, 2022. Good cause for the continuance is based on the following facts. On or about August 9, 2022, the court granted the defendants, RANDY FENN, JAMES FISHER, CAMERON LEAHY, AND ERIC MCKINLEY, requests that Gregory M. Fox and Bertrand, Fox, Elliot, Osman & Wenzel substitute in as attorney for the defendants. See Docket Nos. 26, 27, 28, and 29. On or about August 9, 2022, the court granted the

defendant, CITY OF ALAMEDA, request that Gregory M. Fox and Bertrand, Fox, Elliot, Osman & Wenzel substitute in as attorney for the defendant. See Docket No. 31. The parties had initially requested the "check in" CMC be continued to August 24th, 2022. This date was not allowed under the court's local rules and therefore the court on its own motion continued the case management conference to August 31, 2022. Mr. Fox will not be available on August 31, 2022, and thereafter not available through September 30, 2022. Mr. Fox and his spouse depart on August 31, 2022, for London, England to commence a 31-day trip to Europe that had been repeatedly delayed: first by covid and then, second, because of Mr. Fox's ten-month medical leave of absence for cancer treatments. The parties have therefore met and conferred on a mutually convenient new date for the CMC. Mr. Fox has also met and conferred with plaintiff's counsel in the related case of Gonzalez v. City of Alameda et al Case No. 4:21-cv-09733-DMR on a mutually convenient date for the continued CMC in both cases. The parties in Gonzalez filed their stipulation requesting a new CMC date (Docket No. 49) which the court granted but changed the date to November 16, 2022 (Docket No. 50). The parties in the above captioned matter agree that November 16, 2022, is convenient and therefore stipulate for an order moving the CMC date from August 31, 2022 to November 16, 2022.

The Alameda defendants, and each of them will file their answer on or before the next CMC.

So stipulated:

Dated:  August 22, 2022                                BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


By:    /s/
       Gregory M. Fox
       Attorneys for Defendants
       CITY OF ALAMEDA et al


Dated:  August 22, 2022                                POINTER & BUELNA LLP


By:    /s/
       Adante D. Pointer
       Patrick Buelna
       Attorneys for Plaintiffs

SIGNATURE ATTESTATION

I hereby attest that I have on file the digital consent of plaintiffs' counsel Pointer & Buelna, Patrick Buelna, that he has reviewed and approved the format and contents of this stipulation to continue CMC to November 16, 2022, and he authorized Mr. Fox to show his signature as /s/. Gregory M. Fox

ORDER

Good cause appearing the stipulation is SO ORDERED, the August 31, 2022, case management conference is continued to November 16, 2022. Joint status statement to be filed on or before November 9, 2022.

Dated:  August 23  , 2022                                           Northern District of California

By: _____
Hon. Donna M. Ryu
Magistrate Judge
United States District Court